UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
In Re:

LANCE LEVENSTEIN,
        Debtor.
--------------------------------------------------------------x
LANCE LEVENSTEIN,
        Appellant,
v.

PIYANATE MANEWAN,
        Appellee.
--------------------------------------------------------------x

**BANKRUPTCY APPEAL
SCHEDULING AND INITIAL
CONFERENCE ORDER**

22 CV 7520 (VB)

      The above-captioned bankruptcy appeal having been docketed in the District Court on September 2, 2022, and assigned to the Hon. Vincent L. Briccetti, it is HEREBY ORDERED:

      1. The briefing schedule and format and length specifications set forth in the applicable provisions of Federal Rules of Bankruptcy Procedure 8015 through 8018 apply unless otherwise ordered by the Court.

      2. The parties shall promptly provide to the Court a suitably bound courtesy copy of the Joint Appendix or other compilation(s) comprising the documents designated for the record on appeal, as well as courtesy copies of their briefs and other filings in connection with the appeal.

      3. A conference will be held herein on October 5, 2022, at 12:00 p.m., at the United States Courthouse, Courtroom 620, 300 Quarropas Street, White Plains, NY 10601.

      4. Counsel for the parties shall confer at least 14 days prior to the date set forth in paragraph 3 to discuss the following matters: (i) settlement; (ii) whether mediation might facilitate resolution of the issues; and (iii) a schedule for any further submissions that may be required in connection with the appeal. Counsel must be prepared to discuss the foregoing at the conference.

      5. Counsel attending the conference must seek settlement authority from their respective clients prior to such conference. If counsel is not granted such authority, the client must be present in person or available by telephone so that a settlement can be consummated if possible.

Dated: September 6, 2022
       White Plains, NY

                            SO ORDERED:

                            _____
                            Vincent L. Briccetti
                            United States District Judge