UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

IN RE:

LANCE LEVENSTEIN,

                              Debtor.                      22 CIVIL 7520 (VB)

------------------------------------------------------------x

PIYANATE MANEWAN,                            **JUDGMENT**

                          Appellee,

v.

LANCE LEVENSTEIN,

                          Appellant.

------------------------------------------------------------x

It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated July 6, 2023, the Bankruptcy Court's Order of July 26, 2022, is AFFIRMED; accordingly, the case is closed.

**Dated:** New York, New York

      July 6, 2023

                                                    **RUBY J. KRAJICK**

                                                      Clerk of Court

                              **BY:**

                                                      **Deputy Clerk**